Dewey Hyman et al., Copartners, Doing Business as
H. Hyman and Co., Plaintiffs-Appellants, v. 230
So. Franklin Corporation; Arthur Rubloff & Co.;
American National Bank and Trust Company, In-
dividually and as Trustee Under Trust No. 7515;
Samuel R. Ballis et al., Individually and as Co-
partners, Doing Business as Jackson-Franklin
Building, Defendants-Appellees.

Gen. No. 46,537. (Abstract of Decision.)

First District, First Division.

June 13, 1955.

Released for publication September 15, 1955.

Hinshaw, Culbertson, Moelmann & Hoban, for plaintiffs-appellants;
John L. Kirkland, of counsel; Immenhausen, Banovitz & Balin, for
defendants-appellees; Meyer C. Balin, of counsel; Schuyler, Richert
& Stough, for defendant-appellee Arthur Rubloff & Co.; Jay
Stough, and Joseph R. Julin, of counsel. Opinion by PRESIDING
JUSTICE BURKE. Not to be published in full.